**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 26, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00753-CV

---

### IN RE KNJ ENTERPRISES, INC. AND ABDUL RAHIM KABANI, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-12849**

---

## MEMORANDUM OPINION

On August 28, 2013, relators KNJ Enterprises, Inc. and Abdul Rahim Kabani filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Alexandra Smoots-Hogan, presiding judge of the 164th District Court of Harris County, to vacate her May 29, 2013 order granting the motion to compel arbitration and denying the motion to consolidate.

Relators have not established their entitlement to mandamus relief. Specifically as to the order compelling arbitration, relators have not shown that they do not have an adequate remedy by appeal. *See In re Gulf Exploration, LLC*, 289 S.W.3d 836 (Tex. 2009). Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel Consists of Justices Brown, Christopher, and Busby.